IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ERNESTO BENAVIDES, JR., <br> (TDCJ-CID #1910125) <br><br> Petitioner, <br><br> vs. <br><br> WILLIAM STEPHENS, <br><br> Respondent. | § <br> § <br> § <br> § <br> §    CIVIL ACTION NO. H-15-2651 <br> § <br> § <br> § <br> § |

## MEMORANDUM AND OPINION

Petitioner filed this action seeking habeas corpus relief under 28 U.S.C. § 2254, challenging a conviction in the 107th Judicial District Court of Cameron County, Texas. Under 28 U.S.C. § 2241(d), the district court in which the writ of habeas corpus was filed may transfer the writ to the district where the state court which convicted and sentenced the petitioner is located.

The Clerk is ordered to transfer this application for writ of habeas corpus to the Clerk of the Southern District of Texas, Brownsville Division.

Petitioner's motion to proceed *in forma pauperis,* (Docket Entry No. 3), is denied without prejudice to reconsideration following transfer.

SIGNED on September 29, 2015, at Houston, Texas.

                                                   Lee H. Rosenthal
                                       United States District Judge